# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**         **Matter to be Sealed**

Howell / Southern                                  ☒ Secret Indictment
                                                   ☐ Juvenile

**Defendant Information**

Defendant Name:      James W. Fithen, Jr.

Alias Name:          Boss

Birth Date:          12/13/1984

**Related Case Information**

Superseding Indictment?   ☐ Yes   ☒ No   If yes, original case number: _____
New Defendant(s)?         ☐ Yes   ☒ No

Prior Complaint Case Number, if any:   20-mj-2019DPR

Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

AUSA   Jessica R. Keller

**Interpreter Needed?**

☐ Yes   Language and/or Dialect: _____
☒ No

**Location Status**

Arrest Date: _____

☒ Currently in Federal Custody          Writ Required?     ☐ Yes  ☒ No
☐ Currently in State Custody            Warrant Required?  ☐ Yes  ☒ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts    2 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 36 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA |
| 4 |  |  |

(May be continued on reverse)                     Revised: 04-25-2018