# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Howell / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Kevin L. Moss

Alias Name:

Birth Date: 10/20/1973

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number: _____
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: _____

Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

AUSA Jessica R. Keller

**Interpreter Needed?**

☐ Yes   Language and/or Dialect: _____
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required? ☐ Yes ☒ No
Warrant Required? ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 3 with FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 34, 35 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA |
| 4 |  |  |

(May be continued on reverse)

Revised: 04-25-2018